# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **CATHERINE M. STEELE**<br>**Plaintiff,** | : <br> ) <br> : | Case No. C-1-00-528 <br> Judge Weber |
| v. | ) <br> : | Magistrate Judge Hogan |
| **AUTONATION U.S.A CORP.**<br>**Defendant.** | ) <br> : | STIPULATION AND ORDER OF <u>DISMISSAL</u> |

All claims and disputes having been resolved, the parties hereby stipulate, through counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that the complaint be dismissed with prejudice, with all parties bearing their own costs of litigation.

_____
Judge Weber

_____
Stephen R. Felson (0038432)
617 Vine Street
Suite 1401
Cincinnati, Ohio 45202
Tel: (513)721-4900
Fax: (513)639-7011
Attorney for Plaintiff

_____
Joseph M. Callow, Jr. (0061814)
Keating, Muething & Klekamp, P.L.L.
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
Tel: (513) 579-6419
Fax: (513) 579-6457
Attorney for Defendant
(per email authorization 3/18/04)

1234981.1